IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KELLAH M. ALLGOOD and husband CHARLES H. ALLGOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC.; ROBERT B. WALTER, DPH; TINSEL R. DUKES, DPH; TONYA S. BURRESS, DPH; DAWN B. SHINABERY, DPH; GREGORY A. BENNETT, DPH; SARAH C. CAPOCACCIA; STEPHANIE B. ISON; SHAY M. INGRAM; VINAY KRISHAN SOOD; MICHAEL RICHARDS; PATRICIA BLASINGAME; SCOTT EVANS; JENNIFER PACE; CRAIG BRELAND and EDWYNA R. BONNER, <br><br> Defendants | Case No.: 2:05-cv-02294-BBD-dkv |

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

Joseph R. Alexander, Jr., has moved for special admission pro hac vice in this action on behalf of Plaintiffs. Mr. Alexander is licensed to practice law in good standing before the U.S. District Court of Texas, Southern District. For good cause shown, that motion is granted. It is hereby ordered that Mr. Alexander be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the ___11th___ day of ___May___, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02294 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Alyson Bustamante
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Honorable Bernice Donald
US DISTRICT COURT